United States District Court
Southern District of Texas
**ENTERED**
December 16, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARMANDO GOMEZ, | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § | CIVIL ACTION NO. 2:25-CV-00240 |
| KELVIN D. MASTERS, *et al.*, | | |
| Defendants. | | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO DISMISS CERTAIN CLAIMS AND RETAIN CASE

On November 13, 2025, United States Magistrate Judge Jason B. Libby issued his "Memorandum and Recommendation to Dismiss Certain Claims and Retain Case" (D.E. 17). Plaintiff was provided proper notice of, and opportunity to object to, the Magistrate Judge's memorandum and recommendation. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's memorandum and recommendation (D.E. 17), and all other relevant

documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, the Court:

- **RETAINS** the Eighth Amendment claims of excessive force and failure to protect against: (1) Warden Kelvin D. Masters; (2) Lt. Adan A. Cavazos; (3) Sgt. Linda M. Perez; and (4) Officer Eisa M. Chapa in their individual capacities;

- **DISMISSES WITHOUT PREJUDICE** Plaintiff's claims for money damages against Defendants in their official capacities as barred by the Eleventh Amendment;

- **DISMISSES WITHOUT PREJUDICE** all of Plaintiff's remaining claims for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

**ORDERED** on December 16, 2025.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE